UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82337-CIV-RYSKAMP/LYNCH

JEFFREY BRIAN ONORATO,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.
_____/



FILED by ___ D.C.

MAY 13 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

REPORT AND RECOMMENDATION ON
PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES [D. E. #16]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and supporting documentation, this Court notes that counsel for the Plaintiff certifies in his motion that he has conferred with the Office of the U. S. Attorney regarding the Application and they have no objection. Therefore, this Court will rule on Plaintiff's motion without the necessity of requiring a responsive pleading from the Commissioner based on Mr. Bilotta's certification that the Commissioner has no objection, and this Court makes the following recommendation to the District Court:

    1.    This Court has reviewed the tasks performed and the time devoted to those tasks as set forth in the attachment provided by counsel for the Plaintiff. This Court finds that the tasks performed and the time devoted to each task is reasonable. However, this Court has calculated the total attorney's time to be 7.5 hours instead of 7.0 hours as listed. Therefore, 7.5 hours multiplied by the hourly rate of $175.00 would give a total award of attorney's fees as $1,312.50.

2.  The motion further requests that should the Court grant the motion, that the check be made payable to Plaintiff's counsel of record and has attached an executed Assignment to the motion.

**ACCORDINGLY,** this Court recommends that the motion be **GRANTED** and the Plaintiff awarded attorney's fees in the sum of $1,312.50 which may be paid directly to Plaintiff's attorney.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Kenneth L. Ryskamp, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 15th day of May, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Kenneth L. Ryskamp
Joseph Bilotta, Esq.
AUSA Rachel Entman