UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 09-CV-82337-RYSKAMP/LYNCH

JEFFREY BRIAN ONORATO

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on the report and recommendation of United States Magistrate Judge Frank J. Lynch, Jr. **[DE 17]** entered on May 15, 2010. Pending before Judge Lynch was plaintiff's application for attorneys' fees **[DE 16]**. Plaintiff certified in his motion that he conferred with the Office of the United States Attorney regarding the application and that the office has no objection. After considering the application, Judge Lynch recommended that the application be granted and recommended that the plaintiff be awarded attorneys fees in the sum of $1,312.50, which may be paid directly to the plaintiff's attorney.

The Court has conducted a *de novo* review of the report and has carefully considered the application, applicable law, and pertinent portions of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of United States Magistrate Judge Frank J. Lynch, Jr. is

    **RATIFIED**, **AFFIRMED** and **APPROVED** in its entirety;

    (2) Plaintiff's application for attorney's fees **[DE 16]** is **GRANTED**; and

2

(3) Plaintiff is hereby awarded attorney's fees in the sum of $1,312.50, which may be paid directly to the plaintiff's attorney.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 21 day of May, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE